**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2144
Fax: (609) 989-0451

| | |
|---|---|
| CHAMBERS OF<br>*DOUGLAS E. ARPERT*<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 E. STATE STREET, ROOM 6000<br>TRENTON, NJ 08608 |

March 14, 2011

**LETTER ORDER**

RE:   **10-CV-6775(JAP) PATRICIA J. DELEO V. MONMOUTH CO. MOSQUITO COMMISSION**

The Initial Scheduling Conference set for March 31, 2011 at 11:30 A.M., has been adjourned and rescheduled for May 3, 2010 at 10:00 A.M.   The Joint Discovery Plan is due seven days prior to the initial conference.  Please do not e-file the Joint Discovery Plan.

IT IS SO ORDERED.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**