**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2144
Fax: (609) 989-0451

| | |
|---|---|
| CHAMBERS OF | CLARKSON S. FISHER U.S. COURTHOUSE |
| *DOUGLAS E. ARPERT* | 402 E. STATE STREET, ROOM 6000 |
| UNITED STATES MAGISTRATE JUDGE | TRENTON, NJ 08608 |

May 24, 2011

**LETTER ORDER**

RE:   10-CV-6775(JAP) PATRICIA J. DELEO V. MONMOUTH CO. MOSQUITO COMMISSION

A Settlement Hearing will be held by the undersigned on May 25, 2011 at 12:00 P.M., in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Counsel and client representatives with full settlement authority are required to attend.

IT IS SO ORDERED.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**